Prepared By:
Michael Jones, CA Bar No. 271574
M. Jones & Associates, PC
505 North Tustin Ave, Suite 105
Santa Ana, CA 92705
Telephone: (714) 795-2346
Facsimile: (888) 341-5213
Email:  mike@MJonesOC.com

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JOSHUA MASTERS,<br><br>Plaintiff,<br><br>v.<br><br>RIVERSIDE ALPHA GROUP, INC.,<br><br>Defendant | Case Number:<br>SACV15−01892 DOC (KESx)<br><br><br>NOTICE OF SETTLEMENT |

  COMES NOW Plaintiff Joshua Masters (hereinafter "Plaintiff"), who respectfully notifies the Court that the above captioned case has settled, with the parties agreeing to a stipulated judgment.  Plaintiff requests that

Notice of Settlement,
1

the Court vacate all pending hearing dates, and that the parties be permitted a period of sixty (60) days to file dispositive pleadings and documents in the case.

    The parties anticipate that a stipulated judgment will be submitted to the Court within the requested sixty-day window.

Dated this 6 January 2016.

**M Jones and Associates, PC**
Attorneys for Plaintiff

_____
Michael Jones

**M Jones and Associates, PC**
Attorneys for Plaintiff

_____
Sara Tidd

## **PROOF OF SERVICE**

Fed. R. Civ. P. Rule 5; L.R. 5-3

Pursuant to L.R. 5-3.2, the foregoing document was, or will be, filed electronically, and will trigger a "Notice of Electronic Filing" (NEF) that will be sent by email to all CM/ECF Users that have appeared in the case, as well as all pro se parties who have appeared and registered for CM/ECF notifications.  Unless service is governed by Fed. R. Civ. P. Rule 4, service with this electronic NEF will constitute service pursuant to the Federal Rules of Civil Procedure, and the NEF itself will constitute proof of service for individuals so served.  All attorneys that are registered as CM/ECF Users are deemed to have consented to service in this manner.

Only those parties that have not appeared in the case in the above captioned Court, who are not registered for the CM/ECF System, or who have not consented to receive service through the CM/ECF system must be served by other means, with a required declaration as to the means of service.  Those parties, if any, and their means of service are below:

| | |
|---|---|
| Non-ECF Party Served, with address: | *Riverside Alpha Group, Inc.,*<br>Luis Vasquez, Registered Agent<br>1820 E. Garry Ave, Ste 108<br>Santa Ana, CA 92705 |
| Day and Manner of Service: | Mail, 6 January 2016 |
| Title of Document Served: | APPLICATION FOR ENTRY OF DEFAULT AGAINST RIVERSIDE ALPHA GROUP, INC., |
| Method of Service employed (e.g., personal, substituted, mail): | Mail |

Executed on Wednesday, January 06, 2016, at Santa Ana, California.

*/s/ Michael Jones*
_____
Michael Jones